# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2020 ND 211

Omar Toure,                                                      Petitioner and Appellant

    v.

State of North Dakota,                                      Respondent and Appellee

### No. 20200040

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Benjamen J. Johnson, Judge.

AFFIRMED.

Per Curiam.

Steven Balaban, Bismarck, ND, for petitioner and appellant.

Nathan K. Madden, Assistant State's Attorney, Williston, ND, for respondent and appellee; submitted on brief.

**Toure v. State**
No. 20200040

**Per Curiam.**

[¶1]   Omar Toure appeals from a district court order denying his application for post-conviction relief.  Following a post-conviction hearing, the court found Toure failed to demonstrate any prejudice from the alleged errors of his trial counsel and therefore failed to satisfy the *Strickland* test for ineffective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). The court did not clearly err in denying Toure's application for post-conviction relief. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
         Daniel J. Crothers
         Gerald W. VandeWalle
         Jerod E. Tufte
         Lisa Fair McEvers